ORIGINAL

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

Civil Division

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 19 2020

at 2 o'clock and 49 min. P M
SUE BEITIA, CLERK cw
UNPAID, IFP SUBMITTED.

Brian Evans
160 Keonekai Road, Unit 25-104
Kihei, Hawaii 96753

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Crowe & Mulvey, LLP, Defendant
Florence Carey, Defendant, Individually and Official Capacity
Cosgrove, Eisenberg, & Kiley, PC
Lewis C. Eisenberg, Esq., Individually and Official Capacity

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. CV20 00082 JMS KJM
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Brian Evans |
   | Street Address | 160 Keonekai Road, Unit 25-104 |
   | City and County | Kihei, Maui County |
   | State and Zip Code | Hawaii 96753 |
   | Telephone Number | 808-276-5235 |
   | E-mail Address | belasvegas@yahoo.com |

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Received By Mail
Date FEB 19 2020

Mailed On
Date FEB 19 2020

Defendant No. 1

| | |
|---|---|
| Name | Florence Carey |
| Job or Title *(if known)* | Individually and capacity as attorney for Crowe & Mulvey |
| Street Address | 77 Franklin St, 3rd Floor |
| City and County | Boston, Suffolk |
| State and Zip Code | Massachusetts, 02110 |
| Telephone Number | 617-426-4488 |
| E-mail Address *(if known)* | fcarey@croweandmulvey.com |

Defendant No. 2

| | |
|---|---|
| Name | Crowe & Mulvey, LLP |
| Job or Title *(if known)* | |
| Street Address | 77 Franklin St, 3rd Floor |
| City and County | Boston, Suffolk |
| State and Zip Code | Massachusetts, 02110 |
| Telephone Number | 617-426-4488 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Cosgrove, Eisenberg, & Kiley, PC |
| Job or Title *(if known)* | |
| Street Address | One International Place, Suite 1820 |
| City and County | Boston, Suffolk |
| State and Zip Code | MA 02110-2600 |
| Telephone Number | 617-439-7775 |
| E-mail Address *(if known)* | leisenberg@ceklaw.net |

Defendant No. 4

| | |
|---|---|
| Name | Lewis C. Eisenberg |
| Job or Title *(if known)* | Individually & attorney for Cosgrove, Eisenberg, & Kiley, PC |
| Street Address | One International Place, Suite 1820 |
| City and County | Boston, Suffolk |
| State and Zip Code | MA 02110-2600 |
| Telephone Number | 617-439-7775 |
| E-mail Address *(if known)* | |

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Brian Evans, is a citizen of the State of *(name)* Hawaii.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Florence Carey, is a citizen of the State of *(name)* Massachusetts. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* Crowe & Mulvey, LLP, is incorporated under the laws of the State of *(name)* Massachusetts, and has its principal place of business in the State of *(name)* Massachusetts.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,000,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff, a resident of Hawaii, entered into an agreement with the co-defendants Crowe & Mulvey and Florence Carey to represent him in his mothers wrongful death trial. The agreement was entered into in Hawaii for this firm to represent Plaintiff. Co-defendants Lewis C. Eisenberg and the law firm of Cosgrove, Eisenberg, & Kiley, PC conspired to misrepresent, defame, and to cause intentional infliction of emotional distress by posting an unauthorized video of the Plaintiff after it was discovered that co-defendants Florence Carey and Crowe & Mulvey were Noticed that they were going to be sued for legal malpractice. Defendants posted an online video of the Plaintiff, recorded prior to the discovery of the malpractice, only after they were Noticed of their malpractice. The video was posted and broadcast throughout Hawaii, where the Plaintiff resided then and now.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff requests $1,000,000 in damages, and punitive or exemplary damages as the Court see's fit. The Defendants posted a video in breach of their agreement with me when I retained them as counsel from Hawaii. No written or oral agreement was written for their broadcast of this video that has caused me extreme emotional distress, and for which was retaliation for being Noticed of their Legal Malpractice, which is a case separate and apart from this case for Breach of Contract in posting this unauthorized video, Intentional Infliction of Emotional Distress, and Coercion.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: February 16, 2020

Signature of Plaintiff: [signature] Pro Se

Printed Name of Plaintiff: Brian Evans

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

2. The Defendants

c. The Defendant, Lewis C. Eisenberg is a citizen of the State of Massachusetts

d. The Defendant, Cosgrove, Eisenberg, & Kiley, PC is a company in Massachusetts.